No. 97–1216. Dowd, for Himself and All Similarly Situated Disabled Veterans v. Hinchman, Acting Comptroller

GENERAL, ET AL. C. A. Fed. Cir. Certiorari denied.